UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division
Docket No. 4:97-CR-5-4F

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **John Christopher Powell** | ) | |

On August 20, 1997, John Christopher Powell appeared before the Honorable James C. Fox, U.S. District Judge in the Eastern District of North Carolina, and upon a plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute Cocaine, and Use and Carry a Firearm During and in Relation to a Drug Trafficking Crime, in violation of 21 U.S.C. § 846 and 18 U.S.C. § 924(c)(1), was sentenced to the custody of the Bureau of Prisons for a term of 288 months. On September 7, 1999, an Amended Judgment due to changed circumstances reduced the defendant's sentence to 207 months. On January 6, 2009, upon a motion of the defendant under 18 U.S.C. § 3582(c)(2), the sentence was reduced to 178 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. Powell was released from custody and the term of supervised release commenced on July 27, 2010.

From evidence presented at the revocation hearing on August 2, 2011, the court finds as a fact that John Christopher Powell, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.
2. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 60 months.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 2nd day of August, 2011.

_____
James C. Fox
Senior U.S. District Judge